

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00274-CV

## IN THE INTEREST OF A.L., N.P., A.P., AND E.M., CHILDREN

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV15098**

## MEMORANDUM OPINION

Idolesy L. attempts to appeal from the trial court's order terminating her parental rights to her children A.L., N.P., A.P., and E.M. The judgment was entered on May 23, 2016, and the notice of appeal was filed with the trial court clerk on August 8, 2016. By letter dated December 6, 2016, the Clerk of this Court notified Appellant that the appeal was subject to dismissal because it appeared that the notice of appeal was untimely. *See* TEX. R. APP. P. 26.1(a). The Clerk also warned Appellant that the appeal would be dismissed unless, within 10 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Appellant did not file a response showing grounds for continuing the appeal.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2011). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellants.

Accordingly, this appeal is dismissed.


AL SCOGGINS
Justice


Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 18, 2017
[CV06]

